# United States District Court

_____ Central _____ **DISTRICT OF** _____ Illinois _____

NORTHERN ILLINOIS & IOWA LABORERS HEALTH & WELFARE TRUST and JIM DeDECKER and STEVE TONDI, in their capacity as Trustees of the TRUST,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _____ 05-4098 _____

BEERT CONSTRUCTION LTD.

**V.**

TO: (Name and address of defendant)

Beert Construction
114 Colony Drive
Davenport, IA 52806

**Registered Agent:**
Mr. Thomas Pasternak
313 West 3rd Street
Davenport, IA 52801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip R. O'Brien
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202

an answer to the complaint which is herewith served upon you, within _____ 20 (twenty) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____ s/John M. Waters _____
CLERK

_____ December 28, 2005 _____
DATE

_____ s/T. Peeples _____
(BY) DEPUTY CLERK

MW\1265722

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other *(specify):* _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            *Date*                      *Signature of Server*

_____
*Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.