E-FILED
Wednesday, 04 January, 2006  10:40:16 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ Central _____ DISTRICT OF _____ Illinois _____

NORTHERN ILLINOIS & IOWA LABORERS HEALTH & WELFARE TRUST and JIM DeDECKER and STEVE TONDI, in their capacity as Trustees of the TRUST,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-4098

BEERT CONSTRUCTION LTD.

V.

TO: (Name and address of defendant)

Beert Construction
114 Colony Drive
Davenport, IA 52806

**Registered Agent:**
Mr. Thomas Pasternak
313 West 3rd Street
Davenport, IA 52801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip R. O'Brien
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| s/John M. Waters | December 28, 2005 |
| CLERK | DATE |

s/T. Peeples
(BY) DEPUTY CLERK

MW\1265722

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE Dec 30 2005 |
| NAME OF SERVER (PRINT) Martin Irwin | TITLE Professional Investigator Services P.O. Box 2273 Davenport, IA 52809 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Attorney Thomas Pasternak

## STATEMENT OF SERVICE FEES

| TRAVEL 15.00 | SERVICES 20.00 | TOTAL 35 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec 30 2005
Date

Signature of Server

Address of Server: Professional Investigator Services
P.O. Box 2273
Davenport, IA 52809

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MW\1265722