E-FILED
Tuesday, 07 February, 2006  02:16:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NORTHERN ILLINOIS & IOWA )
LABORERS HEALTH AND WELFARE )
TRUST and JIM DEDECKER and STEVE )
TONDI in their capacities as trustees of the )
TRUST, )
　) No. 05-4098
　　　Plaintiffs, )
　)
vs. )
　)
BEERT CONSTRUCTION, LTD, an )
Iowa Corporation, )
　)
　　　Defendant. )

**PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES**

NOW COMES the Plaintiff/Counter Defendant, Northern Illinois & Iowa Laborers' Health and Welfare Trust and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust, by and through one of their attorneys, McCarthy, Callas, Fuhr & Ellison, P.C. and in response to Affirmative Defenses 1 through 4 as filed by the Defendant, hereby state and assert as follows:

1-4. Defendants Affirmative Defenses are denied by Plaintiff. Plaintiff asserts and maintains that its Complaint makes no allegations of a valid enforceable contract existing between Plaintiffs and the Defendant.

　　　　　　　　　　　NORTHERN ILLINOIS & IOWA LABORERS
　　　　　　　　　　　HEALTH & WELFARE TRUST AND JIM
　　　　　　　　　　　DECECKER AND STEVE TONDI, IN THEIR
　　　　　　　　　　　CAPACITIES AS TRUSTEES OF THE TRUST

　　　　　　　　　By:_____
　　　　　　　　　　　　John S. Callas

McCarthy, Callas, Fuhr
   & Ellison, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served upon each of the parties/attorneys of record herein in the above captioned matter electronically and via u.s. mail on February 7, 2006.
All other interested parties who have filed an electric appearance will receive an electronic copy of this motion through CM/ECF. No further service is necessary.

By: /s/ Becky Giebert