E-FILED
Tuesday, 07 February, 2006 02:31:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NORTHERN ILLINOIS & IOWA )
LABORERS HEALTH AND WELFARE )
TRUST and JIM DEDECKER and STEVE )
TONDI in their capacities as trustees of the )
TRUST, )
                                                 ) No. 05-4098
      Plaintiffs, )
                                                 )
vs. )
                                                 )
BEERT CONSTRUCTION, LTD, an )
Iowa Corporation, )
      Defendant. )

## PLAINTIFF'S RESPONSE TO COUNTERCLAIM

### COUNT I

NOW COMES the Plaintiff/Counter Defendant, Northern Illinois & Iowa Laborers' Health and Welfare Trust and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust, by and through one of their attorneys, McCarthy, Callas, Fuhr & Ellison, P.C. and for their answer to the Counterclaim previously filed by Defendant herein, Plaintiff states as follows:

    1. Plaintiff admits that on or about May 1995 Defendant's authorized representative executed Collective Bargaining Agreements with both Laborers' Local 309 and Cement Masons Local 18, Area 544. Plaintiff denies that either Agreement terminated in 1998 but admits that the Agreement signed with the Laborers' Union contained a provision that said Agreement did not apply to residential construction work.

    2. Plaintiff denies knowledge and information as to the accuracy of the allegations contained in Paragraph 2 of Count I and hence denies same.

3. Plaintiff admits that Defendant has made various and certain Collective Bargaining Agreement payments starting in 1995. However, Plaintiff denies that Defendant has made any payments since August 2005 thus precipitating in the filing of the original Complaint.

4. Plaintiff denies the allegations contained in Paragraph 4.

WHEREFORE, Plaintiff/Counter Defendant, Northern Illinois & Iowa Laborers' Health and Welfare Trust and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust prays this Court enter judgment in favour of the Plaintiff and against the Defendant with costs to the Defendant as to the allegations contained in Count I of Defendant's Counterclaim.

## **COUNT II**

NOW COMES the Plaintiff/Counter Defendant, Northern Illinois & Iowa Laborers Health and Welfare Trust and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust, by and through one of their attorneys, McCarthy, Callas, Fuhr & Ellison, P.C. and for their answer to Count II of the Counterclaim previously filed by Defendant herein, Plaintiff states as follows:

1. Plaintiff repeats and realleges the responses to the allegations in Paragraphs 1 and 2 of Count 1 as though fully set forth herein.

2. Plaintiffs deny the allegations contained in Paragraph 2.

3. Plaintiffs deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and hence denies same. Plaintiffs affirmatively state that all fringe benefits assessed and paid by the Defendant have arisen by virtue of Defendant's filing of monthly benefit reports.

4. Plaintiffs deny knowledge and information as to the extent of any residential work done by the Defendant and hence denies same.

WHEREFORE, Plaintiff/Counter Defendant, Northern Illinois & Iowa Laborers' Health and Welfare Trust and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust prays this Court enter judgment in favor of the Plaintiff and against the Defendant with costs to the Defendant as to the allegations contained in Count II of Defendant's Counterclaim.

NORTHERN ILLINOIS & IOWA LABORERS
HEALTH & WELFARE TRUST AND JIM
DECECKER AND STEVE TONDI, IN THEIR
CAPACITIES AS TRUSTEES OF THE TRUST

By: _____
John S. Callas

McCarthy, Callas, Fuhr
 & Ellison, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon each of the parties/attorneys of record herein in the above captioned matter electronically and via u.s. mail on February 7, 2006.
All other interested parties who have filed an electric appearance will receive an electronic copy of this motion through CM/ECF. No further service is necessary.

By: _____