E-FILED
Tuesday, 21 February, 2006  03:35:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST and JIM DeDECKER and STEVE TONDI, in their capacities as Trustees of the TRUST,<br><br>　　　Plaintiffs,<br><br>vs<br><br>BEERT CONSTRUCTION, LTD, an Iowa corporation,<br><br>　　　Defendant. | Case No.  05-4098 |

## RESISTANCE TO MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Defendant, Beert Construction, Ltd., by and through its attorneys Pastrnak Law Firm, P.C., and for its Resistance to the Plaintiffs' Motion for Leave to Amend Complaint, respectfully states as follows:

1.　　Plaintiffs filed its Complaint on December 28, 2006.

2.　　At the time of filing the Complaint, the Plaintiffs were aware of the relief it could seek, including requiring the Defendant to submit to an audit.[1]

3.　　The Plaintiffs made the conscious decision to not request such relief.

4.　　The Defendant filed its answer on January 18, 2006, denying any liability under the collective bargaining agreement and seeking two counterclaims for amounts overpaid to the Plaintiffs.

5.　　It was after the Defendant filed such counterclaims seeking reimbursement of

---

[1] Provided the Plaintiffs can prove the Defendant is a party to and must comply with the collective bargaining agreement.

money paid to the Plaintiffs that the Plaintiffs sought to require the Defendant to submit to an audit, and then to pay for the audit costs.

6. The Plaintiffs are clearly seeking to amend their Complaint in retaliation of the Defendant rightfully seeking money owed to it by the Plaintiffs.

7. Federal Rule of Civil Procedure 15 permits the Plaintiffs to amend their complaint only upon leave of court, which should be freely given "when justice so requires".

8. Here justice does not require such an amendment to be permitted when it is sought in retaliation to the Defendant's assertion of their own rights and when the Defendant knew that the relief was available and consciously chose not to seek such relief until the Defendant brought two counterclaims against the Plaintiffs.

9. Therefore, this Court should not grant the Plaintiff's Motion for Leave to Amend Complaint.

WHEREFORE, the Defendant, Beert Construction, Ltd., respectfully requests this Court to deny the Plaintiffs' Motion for Leave to Amend Complaint.

BEERT CONSTRUCTION, LTD, Defendant

/s/ Candy K. Pastrnak
Candy K. Pastrnak
Pastrnak Law Firm, P.C.
313 West Third Street
Davenport, Iowa 52801
Telephone: (563) 323-7737
Facsimile: (563) 323-7739

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing instrument was served upon each of the parties/attorneys of record herein in the above-captioned matter electronically on February 21, 2006:

    John S. Callas

All other interested parties who have filed an electronic appearance will receive an electronic copy of this motion through CM/ECF.  No further service is necessary.

                                          BEERT CONSTRUCTION, LTD

                                          By: /s/  Candy K. Pastrnak