UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST and JIM DeDECKER and STEVE TONDI, in their capacities as Trustees of the TRUST,<br><br>　　　　Plaintiffs,<br><br>vs<br><br>BEERT CONSTRUCTION, LTD, an Iowa corporation,<br><br>　　　　Defendant. | Case No.  05-4098 |

## PROPOSED DISCOVERY PLAN

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on March 15, 2006 with attorneys John S. Callas and Candy K. Pastrnak.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

　　1.　　Initial disclosures under Rule 26 to be made by March 31, 2006.

　　2.　　No motions to join other parties or to amend the pleadings to be filed after April 14, 2006.

　　3.　　All Plaintiffs are to identify testifying experts and to provide Rule 26 expert reports by April 14, 2006. Defendant shall complete discovery of Plaintiffs' experts by June 14, 2006.  All Defendants are to identify testifying experts and to provide Rule 26 expert reports by June 30, 2006.  Plaintiffs shall complete discovery of Defendant's experts by September 1, 2006.

　　4.　　The parties have until September 1, 2006, to complete fact discovery.  Any written discovery served subsequent to the date of this Order to be served by a date that allows

the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply.

5. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6. The parties have until December 1, 2006 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Final Pre-trial Conference is scheduled for _____ at ___.m. before U.S. District Judge _____. All Motions in Limine to be filed on or prior to the Final Pre-trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)

8. Trial is scheduled for _____ at ___ a.m. on the trial calendar of U.S. District Judge _____.

9. The parties consent to trial before U.S. Magistrate Judge.

10. A settlement conference will be hosted by U.S. Magistrate Judge by joint request of the parties.

11. This Scheduling Order has been completed with the input of both parties and is agreed upon by both parties.

12. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and pro se litigants in the four active District Judges' courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

/s/ John S. Callas                              /s/ Candy K. Pastrnak

APPROVED:

  ENTERED _____

_____
UNITED STATES MAGISTRATE JUDGE