UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST and JIM DeDECKER and STEVE TONDI, in their capacities as Trustees of the TRUST,<br><br>    Plaintiffs,<br><br>vs<br><br>BEERT CONSTRUCTION, LTD, an Iowa corporation,<br><br>    Defendant. | Case No.  05-4098 |

## ENTRY OF APPEARANCE

NOW COMES Tara A. Moffit, attorney, and hereby enters her appearance on behalf of the Defendant, Beert Construction, Ltd., in the above-referred matter.

/s/ Tara A. Moffit
Tara A. Moffit
PASTRNAK LAW FIRM, P.C.
313 West Third Street
Davenport, Iowa 52801
Telephone: (563) 323-7737
Facsimile:  (563) 323-7739
**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon each of the parties/attorneys of record herein in the above-captioned matter electronically on March 22, 2006:

John S. Callas

All other interested parties who have filed an electronic appearance will receive an electronic copy of this motion through CM/ECF.  No further service is necessary.

BEERT CONSTRUCTION, LTD

By: /s/  Tara A. Moffit