UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NORTHERN ILLINOIS & IOWA LABORERS )
HEALTH AND WELFARE TRUST and JIM )
DEDECKER and STEVE TONDI, in their )
Capacities as Trustees of the TRUST, )
                                          ) No. 05-4098
    Plaintiffs, )
      )
vs. )
      )
BEERT CONSTRUCTION, LTD., an Iowa )
Corporation, )
      )
    Defendant. )

### PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES AND COUNTERCLAIM

NOW COMES the Plaintiff, Northern Illinois & Iowa Laborers' Health and Welfare Trust and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust, by and through one of their attorneys, McCarthy, Callas, Fuhr & Ellison, P.C and for the response to Defendant's Affirmative Defenses and Counterclaim states as follows:

### AFFIRMATIVE DEFENSES

Plaintiffs deny the allegations of Paragraphs 1 through 4 of Defendant's Affirmative Defenses.

### COUNTERCLAIM

### COUNT I

NOW COMES Plaintiffs, by and through one of their attorneys, McCarthy, Callas, Fuhr & Ellison, P.C. and for their Answer to Count I of Defendant's Counterclaim states as follows:

1. Plaintiff's deny the allegations of Paragraphs 1 through 4 of Defendant's Count I of their Counterclaim.

WHEREFORE, Plaintiffs pray this Court enter judgment in favor of the Plaintiffs and against the Defendant with costs to the Defendant as to the allegations contained in Count I of Defendant's Counterclaim.

## COUNT II

NOW COMES Plaintiffs, by and through one of their attorneys, McCarthy, Callas, Fuhr & Ellison, P.C. and for their Answer to Count II of Defendant's Counterclaim states as follows:

1. Plaintiff's deny the allegations of Paragraph 1 through 4 of Defendant's Count II of their Counterclaim.

WHEREFORE, Plaintiff's pray this Court enter judgment in favor of the Plaintiff and against Defendant with costs to the Defendant as to the allegations contained in Count II of Defendant's Counterclaim.

NORTHERN ILLINOIS & IOWA LABORERS
HEALTH & WELFARE TRUST and JIM
DEDECKER and STEVE TONDI, in their
Capacities as Trustees of the TRUST,

By: /s/ John S. Callas

McCarthy, Callas, Fuhr
 & Ellison, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing instrument was served upon each of the parties/attorneys of record herein in the above-captioned matter electronically on April _24_, 2006.
      Candy K. Pastrnak
All other interested parties who have filed an electronic appearance will receive an electronic copy of this Response through CM/ECF. No further service is necessary.

                                                      /s/ John S. Callas