UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

NORTHERN ILLINOIS & IOWA LABORERS )
HEALTH AND WELFARE TRUST, and JIM )
DEDECKER and STEVE TONDI, in their )
Capacities as Trustees of the Trust. )
)
    Plaintiffs, ) No. 05-4098
)
vs. )
)
BEERT CONSTRUCTION, LTD., )
an Iowa Corporation, )
)
    Defendants. )

## RULE 26(A) INITIAL DISCLOSURE

NOW COMES the Plaintiff, Northern Illinois & Iowa Laborers' Health and Welfare Trust, and Jim DeDecker and Steve Tondi, in their capacities as Trustees of the Trust, by and through John S. Callas for McCarthy, Callas, Fuhr & Ellison, P.C., one of its attorneys, and pursuant to Rule 26(a)(1) states as follows:

A. The following are the names, addresses and telephone numbers of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses.

    a. Julie Lage, Fund Administrator, 2837-7th Avenue, Rock Island, IL 61201. Telephone number 309-786-3361.

    b. John Callas or another representative, McCarthy, Callas, Fuhr & Ellison, P.C. (attorney fees), 329-18th St., Rock Island, IL. 309-788-2800

B. A copy of or a description by category or location of all documents, data compilations, intangible things that are in the possession, custody and control of a party and that the disclosing party may use to support its claim or defenses.

1. Beert Construction, Ltd. benefit reports for the relevant time period.

2. Current Collective Bargaining Agreement between the Quad City Builders Association, Inc. and Laborers International Union of North America Laborers Local Union No. 309, AFL-CIO and the Operative Plasters and Cement Masons Local #18 of Central Illinois, Memorandum of Agreement Local Union No. 18, Area 544, O.P.C.M.I.A. of Rock Island, Illinois Builders Agreement between Cement Masons Local 18, Area 544 and contractor, signed by Tri-City Cement Masons, Local No. 18, Area 544 and Beert on May 17, 2004.

3. Signature Page(s) executed by Defendant's representative.

4. Compilation of delinquencies and damages. Copies of which are in the possession of the Fund Benefit Office.

C. A computation of any category of damages claimed by the disclosing party making available for inspection and copying under Rule 34, documents and other evidentiary material not privileged or protected by disclosure.

1. To be supplied.

D. For inspection and copying under Rule 34, any insurance agreement.

1. None.

> NORTHERN ILLINOIS AND IOWA LABORERS
> HEALTH & WELFARE TRUST AND JIM
> DEDECKER AND STEVE TONDI, IN THEIR
> CAPACITIES AS TRUSTEES OF THE TRUST
>
> By:/s/ John S. Callas

McCarthy, Callas, Fuhr
   & Ellison, P.C.
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800