E-FILED
Friday, 01 September, 2006 04:11:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST and JIM DEDECKER and STEVE TONDI, in their Capacities as Trustees of the TRUST, ) ) ) ) ) | |
| Plaintiffs, ) | No. 05-4098 |
| vs. ) ) | |
| BEERT CONSTRUCTION, LTD., An Iowa Corporation, ) ) ) | |
| Defendant. ) | |

### NOTICE OF TAKING DEPOSITION

TO:   Tara A. Moffit, Attorney for Defendant, 313 W. Third St., Davenport, IA 52801

YOU ARE HEREBY NOTIFIED THAT on the **3rd** day of **October, 2006**, at the hour of **10:00 a.m.**, we demand and shall cause to be taken the deposition of **JEFF JENNINGS, C.P.A.**, before a court reporter upon oral interrogatories, at McCarthy, Callas, Fuhr & Ellison, P.C., 329 18th Street, Rock Island, IL 61201, pursuant to the provisions of the Civil Practice Act and Rules of the Supreme Court of Illinois, at which time and place said deponent shall appear.

Dated this 31st day of August, 2006.

/s/ John S. Callas

McCARTHY, CALLAS, FUHR & ELLISON, P.C.
Attorneys at Law
329 Eighteenth St.
P.O. Box 3100
Rock Island, Il. 61204-3100
Phone: (309) 788-2800

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served either electronically through the Court's electronic mailing system or if not sent electronically, then by either hand delivery or depositing a printed copy into a United States Post Office depository, Rock Island, IL on this 1st day of September, 2006.

/s/ John S. Callas