UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Northern Illinois and Iowa Laborers Health and Welfare Trust ) | | |
| Plaintiff ) | | |
| ) | | |
| vs. ) | Case No.  05-4098 | |
| ) | | |
| Jim Dedecker ) | | |
| Defendant ) | | |

ORDER

    Pursuant to CDIL-LR 16.1(E), this matter remains set for final pretrial conference on March 14, 2007 at 1:30 p.m.  Counsel who will actually try the case are to appear in person.

    Prior to the conference, counsel shall confer and prepare an agreed final pretrial order in conformity with CDIL-LR 16.1(F) and the sample contained in Appendix I to the Local Rules.  The agreed pretrial order with all required exhibits shall be submitted to my chambers (i.e. it shall not be electronically filed) on or before March 7, 2007.

    Motions in limine shall be filed on or before February 28, 2007;  responses to those motions shall be filed on or before March 7, 2007.

ENTERED: January 5, 2007

s/ John A. Gorman

John A. Gorman
U.S. Magistrate Judge