UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(ROCK ISLAND DIVISION)

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST and JIM DeDECKER and STEVE TONDI, in their capacities as Trustees of the TRUST,<br><br>Plaintiffs,<br><br>vs<br><br>BEERT CONSTRUCTION, LTD, an Iowa corporation,<br><br>Defendant. | Case No. 05-4098 |

## CERTIFICATE OF INTEREST

The undersigned counsel of record for BEERT CONSTRUCTION, LTD., Defendant, furnishes the following information in compliance with Rule 11.3 of this court.

1. BEERT CONSTRUCTION, LTD.

2. (a) Parent Corporation: Not applicable.

   (b) Corporate Stockholders which are publicly held companies owning 10% or more of the stock of the party: Not applicable.

3. PASTRNAK LAW FIRM, P.C.
   Candy K. Pastrnak
   Tara A. Moffit

Dated this 18th day of January, 2007.

/s/ Tara A. Moffit
Tara A. Moffit, ARDC #6280644
Attorney for Defendant
PASTRNAK LAW FIRM, P.C.

1

        313 West Third Street
        Davenport, Iowa 52801
        Telephone: (563) 323-7737
        Facsimile:  (563) 323-7739
        tmoffit@pastrnak.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following: John S. Callas, McCarthy, Callas, Fuhr & Ellison, Suite 100, 329 – 18th Street, Rock Island, IL 61201, jcallas.mcfe@thelawcentre.com.

        /s/ Tara A. Moffit
        Tara A. Moffit, ARDC #6280644
        Attorney for Defendant
        PASTRNAK LAW FIRM, P.C.
        313 West Third Street
        Davenport, Iowa 52801
        Telephone: (563) 323-7737
        Facsimile:  (563) 323-7739
        tmoffit@pastrnak.com