AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Northern Illinois and Iowa Laborers Health and Welfare Trust, Jim Dedecker and Steven Tondi,**

vs.                                                                      Case Number: **05-4098**

**Beert Construction, Ltd,**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgement is entered in favor of Northern Illinois and Iowa Laborers Health and Welfare, Jim Dedecker and Steven Tondi and against Beert Construction, Ltd in the amount of $25,000.  Counterclaim is dismissed by agreement.---------------------------------------------------------------

ENTER this 19th  day of  April, 2007

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK