E-FILED
Thursday, 07 June, 2007 02:47:58 PM
Clerk, U.S. District Court, ILCD

RECEIVED
JUN 7 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

FILED
JUN 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

Northern Illinois and Iowa Laborers Health
And Welfare Trust, Jim DeDecker and Steven
Tondi,

vs.   No. 05-4098

Beert Construction, Ltd.

And

Dick Backes Auctioneers

Garnishee

## AFFIDAVIT FOR GARNISHMENT AND CERTIFICATION OF JUDGMENT

### NON-WAGE

John S. Callas on oath states:

1. Judgment was entered on April 19, 2007 for judgment creditor Northern Illinois and Iowa Laboers Health and Welfare Trust, Jim DeDecker and Steven Tondi, and against judgment debtor Beert Construction, Ltd. for $25,000.00.

2. $0 has been paid on the judgment.

3. There is unpaid on the judgment     4. Last known address of debtor:

   $25,000.00  prinicpal                    1809 River Drive
   $     170.00 interest                    Davenport, IA 52801
   $25,170.00  **TOTAL**

4. I believe garnishee, Dick Backes Auctioneers, is indebted to the judgment debtor or has in his possession, custody or control property belonging to him or in which he has an interest, and certify that judgment was so entered in the above named court under the above docket number.

I request that summons be issued and directed to the garnishee, and that notice be sent to the judgment debtor and that the interrogatories on the reverse side hereof be served on the Garnishee.

NOTE: If the affiant is not an attorney, the clerk of court must here certify that Judgment was so entered.

Signed and sworn before me

John S. Callas
Attorney for Northern IL and IA
Laborers Health & Welfare Trust
329-18th Street
Rock Island, IL 61201
309-788-2800

June 7, 2007

OFFICIAL SEAL
MICHELE D. VINSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-9-2008

(Affidavit for Garnishment Non-Wage with Interrogatories

INTERROGATORIES TO GARNISHEE
NOTICE TO GARNISHEE:

You shall hold, subject to the order of the Court, any non-exempt indebtedness or other non-exempt property in your possession, custody or control belonging to the judgment debtor or in which the judgmetn debtor has an interest. You must answer the folowing:

1. When you were served with summons did you have in your posssession custody or control any property belonging to the judgment debtor or in which he had an interest?

   Answer: _____
   (yes or no)

2. If your answer is yes, describe the property: (use an additional page if required)

3. When you were served with the summons were you otherwise indebted to him no matter when payable? Answer: _____
   (yes or no)

4. If you answer is yes, state:
   Description: _____
   _____
   _____

   Amount: $ _____
   Date due: _____

5. I certify I mailed a copy of this answer by first class mail to the Judgment Creditor or its attorney and that I so mailed a copy to the Judment Debtor at the following address:
   _____
   _____

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true, and I have mailed copies thereof as stated in paragraph 5 above.

_____
AFFIANT

_____, 2007

_____
(notary public)