UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

Northern Illinois and Iowa Laborers Health
And Welfare Trust, Jim DeDecker and Steven
Tondi
**Plaintiff**

No. 05-4098

vs.

Beert Construction, Ltd.
**Defendant**

Dick Backes Auctioneers,
**Garnishee**

FILED
JUN 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### EXECUTION/NON-WAGE DEDUCTION NOTICE
(Must be sent by first class mail)

TO: Judgment Debtor: Beert Consruction, Ltd.
    Address Of Judgment Debtor: 1809 River Drive
    Davenport, IA 52801

FROM: Attorney For Plaintiff:
    Name: John S. Callas
    Address: 329-18th Street
    Rock Island, IL 61201
    Phone: 309-788-2800

    Amount of Judgment: $25,000.00
    Garnishee: $25,170.00
    Return Date: 7/6/2007

The Court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by Federal and Illinois law.

THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN MONEY OR PROPERTY OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

Under Illinois or Federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000.00 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750.00 in value, in any implements, professional books or tools of the trade of the debtor.

PAGE 1

The judgment debtor may have other possible exemptions from garnishment under the law.
**THE JUDGMENT DEBTOR HAS THE RIGHT TO REQUEST A HEARING BEFORE THE COURT to dispute the garnishment or to declare exempt from garnishment certain money or property or both.**

To obtain a hearing, the judgment DEBTOR MUST NOTIFY THE CLERK of the Court IN WRITING at 211 – 19th Street, Rock Island, Illinois on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing.

This notice must be sent by regular first class mail, to the Judgment Debtor.

Address of Clerk's Office:   Clerk of Court
                             211 – 19th Street
                             Federal Building
                             Rock Island, IL 61204

Mailing address of Clerk:    Clerk of Court
                             211 – 19th Street
                             Rock Island, IL 61204-5230

                             Garnishee Address:
                             6605 Dubuque Road
                             Raymond, IA 50667

_____
Judgment Creditor or Attorney

**Creditor must also prepare and serve a copy of this Notice on the Garnishee with the summons, and the process server MUST, within 2 days of service, mail a copy of this notice to the Judgment Debtor and endorse same on the return of summons.**