UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

Northern Illinois and Iowa Laborers Health
And Welfare Trust, Jim DeDecker and Steven
Tondi,

**Plaintiff**     No. 05-4098
   vs.

Beert Construction, Ltd.,
   Defendant,

Dick Backes Auctioneers,
   Garnishee

### EXECUTION/GARNISHMENT SUMMONS – NON-WAGE

To the Defendant:

*YOU ARE SUMMONED* and required to file written answers under oath to the judgment creditor's interrogatories, in the Office of the Clerk of this court at 211 19th Street, U.S. Federal Courthouse, Rock Island, Illinois, on or before *7/6/2007. However, if this summons is served on you less than 10 days before that date, you must file answers to interrogatories on or before a new 14 days after that date.

**IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID. YOU ARE ALSO REQUIRED TO MAIL BY FIRST CLASS MAIL, A COPY OF THE ANSWER, TO THE JUDGMENT CREDITOR OR ITS ATTORNEY AND TO THE JUDGMENT DEBTOR AT THE ADDRESS STATED IN THE AFFIDAVIT SERVED HEREWITH OR AT ANY OTHER ADDRESS OR LOCATION OF THE JUDGMENT DEBTOR KNOWN TO YOU, AND YOU SHALL CERTIFY IN YOUR ANSWER THAT IT WAS MAILED TO THE JUDGMENT DEBTOR.**

**To the Officer:**

You shall serve the summons, interrogatories and the Garnishment Notice required by subsection (a) of Chapter 735 Section 5/12/-705 Illinois Compiled Statues upon the garnishee and shall, (1) within 2 business days of the service upon the garnishee, mail a copy of the garnishment notice and the summons to the judgment debtor by first class mail at the judgment debtor's address indicated in the garnishment notice and (2) within 4 business days of the service upon the garnishee, file with the clerk of the court, a certificate of mailing in the form on the reserve side hereof. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than the above date.

WITNESS_____

                    S/John M. Waters
                    _____
                    **(CLERK OF COURT)**
        BY:     S/Denise Koester
                    _____
                    **(DEPUTY)**

--------------------------------------------------------------------------------

(Plaintiff's attorney or Plaintiff if he is not represented by Attorney)

John S. Callas          Date of Service _____
Attorney for Plaintiff
329 – 18th Street, Rock Island, IL 61201,  309-788-2800   *21-30 days after the date of issuance of this summons.