**E-FILED**
Friday, 08 June, 2007  11:42:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(ROCK ISLAND DIVISION)

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST and JIM DeDECKER and STEVE TONDI, in their capacities as Trustees of the TRUST, | |
| Plaintiffs, | Case No.  05-4098 |
| vs | |
| BEERT CONSTRUCTION, LTD, an Iowa corporation, | |
| Defendant, | |
| DICK BACKES AUCTIONEERS, | |
| Garnishee | |

## REQUEST FOR EMERGENCY HEARING
## AND MOTION TO QUASH GARNISHMENT

COMES NOW the Defendant and Judgment Debtor, Beert Construction, Ltd., by and through its attorneys, Pastrnak Law Firm, P.C., and for its Request for Emergency Hearing and Motion to Quash Garnishment, respectfully states to this Court the following:

1.      The Plaintiff has caused a garnishment summons to be issued against the Garnishee, Dick Backes Auctioneers, on June 7, 2007.

2.      The garnishment was issued on the basis of a judgment against the Defendant, entered on April 19, 2007.

1

3.      The garnishment attempts to garnish the proceeds of an auction to take place on June 8, 2007, in Davenport, Scott County, Iowa.  See Exhibit 1, auction notice.

4.      The auction covers the assets of Beert Construction, Inc.  See Exhibit 1.

5.      Northwest Bank & Trust Co. has a perfected security interest on the assets of Beert Construction, Inc.  See Exhibit 2, U.C.C. Financing Statement.  The U.C.C. filing is easily found by contacting the Iowa Secretary of State or consulting its database on the internet at: www.sos.state.ia.us/search/index.html.

6.      Because of the perfected security interest, Northwest Bank & Trust Co. takes priority over the judgment of the Plaintiff.

7.      The garnishment should not proceed forward until a hearing can be held to determine the priorities of the Defendant's creditors, specifically Northwest Bank & Trust Co. and the Plaintiff, and whether the Plaintiff would be entitled to any proceeds of the auction.

8.      Furthermore, the hearing should take place immediately because the auction is to take place today and a determination as to whom to turn over the proceeds needs to be made quickly.

9.      Therefore, a hearing should be scheduled to determine the priority of the creditors and the garnishment should be quashed or at a minimum stayed until such hearing may take place.

10.     Moreover, this Court does not have jurisdiction over this garnishment proceeding.

11.     Federal Rule of Civil Procedure 69(a) governs the process to enforce a judgment for the payment of money.  Rule 69(a) provides that such proceeds "shall be in accordance with the practice and procedure of the state in which the district court is held . . . ."

2

12.     In Illinois, a garnishment is a proceeding In rem, and also In personam because it proceeds against a garnishee.  Robbins, Coe, Rubinstein & Shafran, Ltd. v. Ro Tek, Inc., 23 Ill. App. 3d 705, 709, 320 N.E.2d 157, 161 (1st Dist. 1974).

13.     Therefore, there must be jurisdiction over the garnishee and the Res.  Id.

14.     In this case, the Defendant is an Iowa corporation, and its assets are located in Iowa.

15.     Furthermore, the Garnishee is located in Iowa at 6605 Dubuque Road, Raymond, Iowa.  See Exhibit 3, Dick Backes Auctioneers Company Profile.

16.     There is no jurisdiction of the District Court of the Central District of Illinois over res located in Iowa and an Iowa Garnishee.

17.     Therefore, this Court does not have jurisdiction in this garnishment proceeding and must quash the garnishment.

18.     Moreover, the Plaintiffs' actions are frivolous.  Had they made a simple search with the Iowa Secretary of State, they would have found the perfected security interest of Northwest Bank & Trust Company on the assets sought to be garnished.  Furthermore, the law clearly and without a doubt does not permit the garnishment in this jurisdiction.  There is no basis in fact or law for this garnishment proceeding in this jurisdiction and therefore it is in violation of Rule 11 of the Federal Rules of Civil Procedure.  Thus, Plaintiffs should be sanctioned by ordering them to pay Defendant's fees in defense of this frivolous proceeding.

WHEREFORE, the Defendant respectfully requests that an emergency hearing be scheduled and the garnishment be quashed or in the alternative that the garnishment be stayed until a hearing occurs to determine the priorities of the creditors of the Defendant; and for attorneys fees and costs in the defense of this motion; and for further relief as this Court deems fair and equitable.

Respectfully submitted,

/s/ Candy K. Pastrnak
Candy K. Pastrnak, ARDC #6192712
Tara A. Moffit, ARDC #6280644
PASTRNAK LAW FIRM, P.C.
313 West Third Street
Davenport, Iowa 52801
Telephone: (563) 323-7737
Facsimile:   (563) 323-7739
tmoffit@pastrnak.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following: John S. Callas, McCarthy, Callas, Fuhr & Ellison, Suite 100, 329 – 18th Street, Rock Island, IL 61201, jcallas.mcfe@thelawcentre.com.

On June 8, 2007, I sent a true and correct copy of the foregoing by United States Mail, with first class postage fully prepaid to:

    Dick Backes Auctioneers
    6605 Dubuque Road
    Raymond, IA 50667

/s/ Tara A. Moffit
Tara A. Moffit, ARDC #6280644
Attorney for Defendant
PASTRNAK LAW FIRM, P.C.
313 West Third Street
Davenport, Iowa 52801
Telephone: (563) 323-7737
Facsimile:   (563) 323-7739
tmoffit@pastrnak.com

4

**E-FILED**
Friday, 08 June, 2007  11:43:17 AM
Clerk, U.S. District Court, ILCD

QUAD CITY TIMES
AUCTIONS

Dick Backes - Beert Construction



May 27, 2007

**TRUCKS, SEMI, TRAILERS, CONCRETE & CONSTRUCTION EQUIPMENT AUCTION**
**BEERT CONSTRUCTION & CONCRETE**
**FRIDAY JUNE 8TH 2007 – 10:00 AM**
**1809 RIVER DRIVE – DAVENPORT, IA**

Take exit # 6 off I-280. Turn left on 61 N. Go 4.4 miles to sale site. Cat 943 LGP crawler loader; Case 580L & 480F loader backhoes; Bobcat T200 - Case 85XT & 1845C skid steers; '95 International semi; Rogers 35 ton low boy trailer; '92 Ford L8000 & GMC 7000 dump trucks; '01 Ford F350 – '97 Ford F350 power stroke & 4) '88 Ford work trucks w/ service boxes; '90 Ford F350 15' stake truck; 14,000 & 18,000 # trailers; 10' Aluminum trailer; 7' box blade; skid steer & backhoe concrete breakers & vibrating packers; hydraulic power auger; 500+ Symons wall forms; Ingersol 185 air compressor & jack hammers; Allen riding power trowel; Allen 33' & MBW 30' power screeds; Amida & Prime Move concrete buggies; 6 Wacker vibrating plate & 3 jumping jack packers; 4 power trowels;  Partner K3600 ring saw w/ power unit; Magnum X .38 special - Core Cut 1500 –  Soft Cut G-2000 & Target concrete saws; quickie saws; Hilti DG150 grinder w/ vac;; 4" to 12" steel form rails; Alum screeds; insulated blankets; scaffolding; 30 OSHA planks; 6 laser levels; Hobart 135 mig welder; 5 generators; Hilti hammer drills; gang box; power washers; ladders; 100's unlisted items; 5% buyers fee

**DICK BACKES AUCTIONEERS**
**Raymond, IA 800-876-8070**
**www.backes-auction.com**

**EXHIBIT**
tabbies

_____|_____

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

FILED
SECRETARY OF STATE
IOWA

2002 AUG 22 P 4: 30

P389294

A. NAME & PHONE OF CONTACT AT FILER [optional]
JACKIE HOLDEN 563-388-2614

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

NORTHWEST BANK & TRUST COMPANY
100 EAST KIMBERLY ROAD
DAVENPORT, IA 52806

C-2

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME BEERT CONSTRUCTION, LTD | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS 114 COLONY DRIVE | CITY DAVENPORT | STATE IA | POSTAL CODE 52806 | COUNTRY |
|---|---|---|---|---|

| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION IA | 1g. ORGANIZATIONAL ID #, if any  [X] NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  [ ] NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME NORTHWEST BANK & TRUST COMPANY | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS 100 EAST KIMBERLY ROAD | CITY DAVENPORT | STATE IA | POSTAL CODE 52806 | COUNTRY |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

**EXHIBIT**

2

104547 UC1     $10.00 BARB     1

P389294

5. ALTERNATIVE DESIGNATION (if applicable):  ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILE
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum   (if applicable)   7. Check to REQUEST SEARCH                (optional)  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Bankers Systems, Inc., St. Cloud, MN Form UCC-1-LAZ 6/30/2001

P309294

INSTRUCTIONS
1. Remove Secured Party and Debtor copies and send other 3 copies to the filing officer.
2. At the time of the original filing, filing officer will return the third (3rd) copy as an acknowledgment.
3. When filling out this form be sure to indicate state name in appropriate space.
4. Be sure to file this form with original financing statement.

## ADDENDUM TO UNIFORM COMMERCIAL CODE FINANCING STATEMENTS

STATE OF...IOWA............................................................ TOTAL NUMBER OF SHEETS ..2.............................................

The Financing Statement to which this addendum is attached covers the types (and items) of property indicated below that Debtor owns or has sufficient rights in which to transfer an interest, now or in the future, wherever the property is or will be located, and all proceeds and products of the property (including, but not limited to, all parts, accessories, repairs, replacements, improvements, and accessions to the property):

☒ **Accounts and Other Rights to Payment:** All rights to payment, whether or not earned by performance, including, but not limited to, payment for property or services sold, leased, rented, licensed, or assigned. This includes any rights and interests (including all liens) which Debtor may have by law or agreement against any account debtor or obligor of Debtor.

☒ **Inventory:** All inventory held for ultimate sale or lease, or which has been or will be supplied under contracts of service, or which are raw materials, work in process, or materials used or consumed in Debtor's business.

☒ **Equipment:** All equipment including, but not limited to, machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts, and tools. The property includes any equipment described in a list or schedule Debtor gives to Secured Party, but such a list is not necessary to create or perfect a valid security interest in all of Debtor's equipment.

☒ **Instruments and Chattel Paper:** All instruments, including negotiable instruments and promissory notes and any other writings or records that evidence the right to payment of a monetary obligation, and tangible and electronic chattel paper.

☒ **General Intangibles:** All general intangibles including, but not limited to, tax refunds, patents and applications for patents, copyrights, trademarks, trade secrets, goodwill, trade names, customer lists, permits and franchises, payment intangibles, computer programs and all supporting information provided in connection with a transaction relating to computer programs, and the right to use Debtor's name.

☒ **Documents:** All documents of title including, but not limited to, bills of lading, dock warrants and receipts, and warehouse receipts.

☐ **Farm Products and Supplies:** All farm products including, but not limited to, all poultry and livestock and their young, along with their produce, products, and replacements; all crops, annual or perennial, and all products of the crops; and all feed, seed, fertilizer, medicines, and other supplies used or produced in Debtor's farming operations.

☒ **Government Payments and Programs:** All payments, accounts, general intangibles, and benefits including, but not limited to, payments in kind, deficiency payments, letters of entitlement, warehouse receipts, storage payments, emergency assistance and diversion payments, production flexibility contracts, and conservation reserve payments under any preexisting, current, or future federal or state government program.

☒ **Investment Property:** All investment property including, but not limited to, certificated securities, uncertificated securities, securities entitlements, securities accounts, commodity contracts, commodity accounts, and financial assets.

☒ **Deposit Accounts:** All deposit accounts including, but not limited to, demand, time, savings, passbook, and similar accounts.

| BEERT CONSTRUCTION, LTD. | , NORTHWEST BANK & TRUST COMPANY | 2 |
|---|---|---|
| DEBTOR | SECURED PARTY | SHEET No. |

### (1) FILING OFFICER COPY - ALPHABETICAL

Expera  ©1989, 2000 Bankers Systems, Inc., St. Cloud, MN  Form UCC-ADD-LAZ  1/23/2001  (page 1 of 1)







**DICK BACKES**
A U C T I O N E E R S
6605 Dubuque Rd   Raymond, IA 50667
Phone: (800) 876-8070   Fax (319)226-3024

*We specialize in:* **FOOD SERVICE   COMMERCIAL   INDUSTRIAL   AGRICU**

| HOME | COMPANY PROFILE | OUR SERVICES | MAILING LIST | UPCOMING AUCTIONS | CONTACT US | AUCTI |

# COMPANY PROFILE



**Dick Backes Auctioneers** was established in 1976 and remains a family orientated business. We have 3 full time Auctioneers with a combined 46 years of experience on staff to serve your needs:

- Approximately 100 auctions and appraisals are conducted each year consisting of food service, industrial, commercial and agricultural equipment and real estate. Today's leader in the liquidation of the food service equipment.
- A national firm able to implement a comprehensive marketing and advertising program on an individual basis.
- Extensive mailing lists to send pictorial brochures to commercial businesses for marketing each sale.
- Complete computerized clerking and cashiering system
- Complete setup of each auction in the best professional manner. All items are tagged, counted, lotted and arranged in a professional setting for selling purposes





EXHIBIT
3