E-FILED
Friday, 08 June, 2007 02:15:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(ROCK ISLAND DIVISION)

| | |
|---|---|
| NORTHERN ILLINOIS & IOWA LABORERS HEALTH AND WELFARE TRUST and JIM DEDECKER and STEVE TONDI, in their capacities as Trustees of the TRUST,<br><br>Plaintiffs,<br><br>Vs.<br><br>BEERT CONSTRUCTION, LTD, an Iowa Corporation<br><br>Defendant,<br><br>DICK BACKES AUCTIONEERS,<br><br>Garnishee | CASE NO. 05-4098 |

## REQUEST FOR EMERGENCY HEARING

COMES NOW Northwest Bank & Trust Company, by and through its attorney, Kevin L. Halligan of Bush, Motto, Creen, Koury & Halligan, P.L.C., and for its Request for Emergency Hearing, respectfully states to this Court the following:

1. The Plaintiff has caused a garnishment summons be issued against the Garnishee, Dick Backes Auctioneers, on June 7, 2007.

2. The garnishment was issued on the basis of a judgment against the Defendant, entered on April 19, 2007.

3. The garnishment attempts to garnish the proceeds of an auction to take place on June 8, 2007.

4. The auction covers the assets of Beert Construction, Ltd.

5. Northwest Bank & Trust Company has over $300,000.00 in outstanding loans to Beert Construction, Ltd. and said company has signed multiple security agreements pledging all of its assets to secure said loans.

6. Northwest Bank & Trust Company has a perfected security interest on the assets of Beert Construction, Ltd. See Exhibit 1 attached hereto.

7. Because of said perfected security interest, Northwest Bank & Trust Company's lien and security interest takes priority over the judgment of the Plaintiff in and to the assets of Beert Construction, Ltd.

8. The garnishment should not proceed forward until a hearing can be held to determine the priorities of the Defendant's creditors, specifically Northwest Bank & Trust Company and the Plaintiff, and whether the Plaintiff would be entitled to any proceeds of the auction.

9. Furthermore, the hearing should take place immediately because the auction is to take place today and a determination as to whom to turn over the proceeds needs to be made quickly.

10. Therefore, a hearing should be scheduled to determine the priority of the creditors and the garnishment should be quashed or at a minimum stayed until such hearing may take place.

WHEREFORE, Northwest Bank & Trust Company respectfully requests that an emergency hearing be scheduled and the garnishment be quashed or in the alternative that the garnishment be stayed until a hearing occurs to determine the priorities of the creditors of the Defendant.

Respectfully submitted

/s/ Kevin L. Halligan
Bush, Motto, Creen, Koury & Halligan, P.L.C.

        5505 Victoria Avenue, Suite 100
        Davenport, Iowa 52807
        Telephone: (563)344-4900
        Facsimile: (563)344-8961

        Attorney for Northwest Bank & Trust Company

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John S. Callas, McCarthy, Callus, Fuhr & Ellison, Suite 100, 329 – 18th Street, Rock Island, IL 61201, <u>jcallas.mcfe@thelawcentre.com</u>, and Tara A. Moffit, Pastrnak Law Firm, P.C., 313 West Third Street, Davenport, Iowa 52801, <u>tmoffit@pastrnak.com</u>

One June 8, 2007, I sent a true and correct copy of the foregoing by Untied States Mail, with first class postage fully prepaid to:

Dick Backes Auctioneers
6605 Dubuque Road
Raymond, Iowa 50667

        /s/ Kevin L. Halligan
        Bush, Motto, Creen, Koury & Halligan, P.L.C.
        5505 Victoria Avenue, Suite 100
        Davenport, Iowa 52807
        Telephone: (563)344-4900
        Facsimile: (563)344-8961

Exhibit 1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
JACKIE HOLDEN 563-388-2614

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

NORTHWEST BANK & TRUST COMPANY
100 EAST KIMBERLY ROAD
DAVENPORT, IA 52806

FILED
SECRETARY OF STATE
IOWA

2002 AUG 22 P 4:30

P389294

C-2

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BEERT CONSTRUCTION, LTD | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 114 COLONY DRIVE | DAVENPORT | IA | 52806 | |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: CORPORATION | 1f. JURISDICTION OF ORGANIZATION: IA | 1g. ORGANIZATIONAL ID #, if any — [X] NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NORTHWEST BANK & TRUST COMPANY | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 100 EAST KIMBERLY ROAD | DAVENPORT | IA | 52806 | |

**4. This FINANCING STATEMENT covers the following collateral:**

104547 UC1     $10.00 BARB   1

P389294

5. ALTERNATIVE DESIGNATION (if applicable): [ ] LESSEE/LESSOR  [ ] CONSIGNEE/CONSIGNOR  [ ] BAILEE...
6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum (if applicable)   7. Check to REQUEST SEARCH... [ADDITIONAL FEE] (optional) [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Bankers Systems, Inc., St. Cloud, MN Form UCC-1-LAZ 5/30/2001

P389294

**INSTRUCTIONS**
1. Remove Secured Party and Debtor copies and send other 3 copies to the filing officer.
2. At the time of the original filing, filing officer will return the third (3rd) copy as an acknowledgment.
3. When filling out this form be sure to indicate state name in appropriate space.
4. Be sure to file this form with original financing statement.

## ADDENDUM TO UNIFORM COMMERCIAL CODE FINANCING STATEMENTS

STATE OF...IOWA..................................................   TOTAL NUMBER OF SHEETS ...2..............................

The Financing Statement to which this addendum is attached covers the types (and items) of property indicated below that Debtor owns or has sufficient rights in which to transfer an interest, now or in the future, wherever the property is or will be located, and all proceeds and products of the property (including, but not limited to, all parts, accessories, repairs, replacements, improvements, and accessions to the property):

[X] **Accounts and Other Rights to Payment:** All rights to payment, whether or not earned by performance, including, but not limited to, payment for property or services sold, leased, rented, licensed, or assigned. This includes any rights and interests (including all liens) which Debtor may have by law or agreement against any account debtor or obligor of Debtor.

[X] **Inventory:** All inventory held for ultimate sale or lease, or which has been or will be supplied under contracts of service, or which are raw materials, work in process, or materials used or consumed in Debtor's business.

[X] **Equipment:** All equipment including, but not limited to, machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts, and tools. The property includes any equipment described in a list or schedule Debtor gives to Secured Party, but such a list is not necessary to create or perfect a valid security interest in all of Debtor's equipment.

[X] **Instruments and Chattel Paper:** All instruments, including negotiable instruments and promissory notes and any other writings or records that evidence the right to payment of a monetary obligation, and tangible and electronic chattel paper.

[X] **General Intangibles:** All general intangibles including, but not limited to, tax refunds, patents and applications for patents, copyrights, trademarks, trade secrets, goodwill, trade names, customer lists, permits and franchises, payment intangibles, computer programs and all supporting information provided in connection with a transaction relating to computer programs, and the right to use Debtor's name.

[X] **Documents:** All documents of title including, but not limited to, bills of lading, dock warrants and receipts, and warehouse receipts.

[ ] **Farm Products and Supplies:** All farm products including, but not limited to, all poultry and livestock and their young, along with their produce, products, and replacements; all crops, annual or perennial, and all products of the crops; and all feed, seed, fertilizer, medicines, and other supplies used or produced in Debtor's farming operations.

[X] **Government Payments and Programs:** All payments, accounts, general intangibles, and benefits including, but not limited to, payments in kind, deficiency payments, letters of entitlement, warehouse receipts, storage payments, emergency assistance and diversion payments, production flexibility contracts, and conservation reserve payments under any preexisting, current, or future federal or state government program.

[X] **Investment Property:** All investment property including, but not limited to, certificated securities, uncertificated securities, securities entitlements, securities accounts, commodity contracts, commodity accounts, and financial assets.

[X] **Deposit Accounts:** All deposit accounts including, but not limited to, demand, time, savings, passbook, and similar accounts.

| BEERT CONSTRUCTION, LTD | NORTHWEST BANK & TRUST COMPANY | 2 |
|---|---|---|
| DEBTOR | SECURED PARTY | SHEET No. |

(1) FILING OFFICER COPY - ALPHABETICAL

Expera  ©1989, 2000 Bankers Systems, Inc., St. Cloud, MN  Form UCC-ADD-LAZ  1/23/2003                                                                                                (page 1 of 1)